## Order No. 96–37
## November 14, 1996

| | | |
|---|---|---|
| 18320 | State v. Tribbey | Affirmed |
| 18553 | State v. Makaila | Affirmed |
| 19740 | Doe, In re (b. 3/1/82) | Affirmed |

## Order No. 96–38
## November 14, 1996

| | | |
|---|---|---|
| 18441 | State v. Finnigan | Affirmed |

## Order No. 96–39
## November 15, 1996

| | | |
|---|---|---|
| 16584 | Kafentzis v. AZABU U.S.A., Corp.;  Azabu U.S.A. Corp. v. Kafentzis | Affirmed |